J. Craig Crawford (Bar No. 238466)
ccrawford@carr-mcclellan.com
Christian P. Foote (Bar No. 240919)
cfoote@carr-mcclellan.com
CARR McCLELLAN P.C.
216 Park Road
Burlingame, California  94010
Telephone:	(650) 342-9600
Facsimile:	(650) 342-7685

Attorneys for Plaintiffs
Christopher Cardinal, Kitchen Experts of California, Inc. and
American Appliance Outlet, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CARDINAL, KITCHEN EXPERTS OF CALIFORNIA, INC., and AMERICAN APPLIANCE OUTLET, LLC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JOHN LUPO, ANDREANA MICHAEL, KITCHEN FANTASTIC, INC., APPLIANCE FANTASTIC, INC., BRYCE PHELTON, MOHEBA D'ANNA, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  3:18-cv-00272-JCS<br><br>**CERTIFICATE OF SERVICE** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CHRISTOPHER CARDINAL, KITCHEN EXPERTS OF CALIFORNIA, INC., and AMERICAN APPLIANCE OUTLET, LLC,

*Plaintiff(s)*

v.

JOHN LUPO, ANDREANA MICHAEL, KITCHEN FANTASTIC, INC., APPLIANCE FANTASTIC, INC., BRYCE PHELTON, MOHEBA D'ANNA, and DOES 1 through 20 inclusive,

*Defendant(s)*

Civil Action No. CV 18-272 JCS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Craig Crawford (SBN 238466)
Christian P. Foote (SBN 240919)
Carr McClellan P.C.
216 Park Road
Burlingame, CA 94010
Tel.: 650-342-9600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

CV 18-272 JCS

**ATTACHMENT**
(Defendant's name and address)

John Lupo
616 Timpanogos Lane
Danville, CA 94526

Andreana Michael
616 Timpanogos Lane
Danville, CA 94526

Kitchen Fantastic, Inc.
7 E Airway Blvd.
Livermore, CA 94551

Appliance Fantastic
9 E Airway Blvd.
Livermore, CA 94551

Bryce Phelton
Kitchen Fantastic, Inc.
7 E Airway Blvd.
Livermore, CA 94551

Moheba D'Anna
Appliance Fantastic
9 E Airway Blvd.
Livermore, CA 94551

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-272 JCS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KITCHEN FANTASTIC, INC. was received by me on *(date)* 1/18/19.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [X] I left the summons at the individual's residence or usual place of abode with *(name)* KITCHEN FANTASTIC, INC. BY SERVING MOHEBA D'ANNA, PERSON IN CHARGE , a person of suitable age and discretion who resides there, on *(date)* Fri, Jan 19 2018 @ 2:09 PM , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: JANUARY 19, 2018

*Server's signature*

TIM AULT, REG # 924, ALAMEDA COUNTY

*Printed name and title*

LIGHTNING LEGAL PROCESS SERVICE, 4 EMBARCADERO CENTER-14TH FLR, SAN FRANCISCO, CA 94111

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 19, 2018, 2:09 pm PST at 7 E AIRWAY BLVD, LIVERMORE, CA 94551 received by KITCHEN FANTASTIC, INC. BY SERVING MOHEBA D'ANNA, PERSON IN CHARGE . Age: 31; Ethnicity: Middle Eastern; Gender: Female; Weight: 110; Height: 5'2"; Hair: Brown;