UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARDINAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN LUPO, et al., <br><br> Defendants. | Case No. 18-cv-00272-JCS <br><br> **ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

Despite the same counsel representing all six defendants in this case, Defendants Bryce Phelton, Andreana Michael, Moheba D'Anna, and Appliance Fantastic, Inc. have each filed a separate motion for summary judgment, originally noticed for two separate hearing dates. *See* Phelton Mot. (dkt. 81); Michael Mot. (dkt. 84); D'Anna Mot. (dkt. 89); Appliance Fantastic Mot. (dkt. 91). That approach does not promote an efficient resolution of the issues in dispute. Defendants also have not complied with the order requiring dispositive motions to be filed on a schedule allowing four weeks between the filing of any reply briefs and the noticed hearing date. *See* Case Mgmt. & Pretrial Order (dkt. 42) § III.

Defendants John Lupo and Kitchen Fantastic, Inc. thus far have not moved for summary judgment. If those defendants chose to do so, they shall file a single consolidated motion no later than July 15, 2019. *See* Order on Stipulation (dkt. 76) (setting the deadline for dispositive motions). If Plaintiffs Christopher Cardinal, Kitchen Experts of California, Inc., and American Appliance Outlet, LLC intend to move for summary judgment, they shall similarly file a single motion no later than July 15, 2019.

The hearing on all pending motions and the case management conference currently set for August 9, 2019 are CONTINUED to September 6, 2019 at 2:00 PM, and any further dispositive motions must be noticed for that date.

**IT IS SO ORDERED.**

Dated: July 8, 2019

JOSEPH C. SPERO
Chief Magistrate Judge