1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    CHRISTOPHER CARDINAL, et al.,              Case No.  18-cv-00272-JCS

8                    Plaintiffs,
                                                **ORDER DENYING DEFENDANT'S**
9            v.                                 **MOTION IN LIMINE NO. 4**

10   JOHN LUPO, et al.,                         Re: Dkt. No. 152

11                   Defendants.

12          Defendant John Lupo moves to exclude the testimony of Plaintiff Christopher Cardinal's

13   sole expert witness Steven Boyles on the basis that Cardinal failed to make Boyles available for a

14   deposition before the close of expert discovery.  This dispute is but the latest example of both

15   parties' chronic failure to complete discovery, raise discovery disputes, and resolve discovery

16   disputes in a timely manner throughout this case.  The parties' submissions related to this motion

17   make clear that both parties are at fault for this deposition having not yet occurred.

18          Cardinal's counsel states in his declaration, and defense counsel does not dispute, that "the

19   parties agreed that Mr. Boyles would be deposed on November 15, 2019."  Crawford Decl. re

20   Def.'s Motion in Limine No. 4 ¶ 11.  The Court hereby ORDERS that the deposition shall occur

21   on that date.  This motion in limine is DENIED.

22          The Court will address the parties' remaining motions in limine at the November 22, 2019

23   pretrial conference.

24          **IT IS SO ORDERED.**

25   Dated: November 4, 2019

26                                              _____

27                                              JOSEPH C. SPERO
                                                Chief Magistrate Judge
28