UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARDINAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN LUPO, et al.,<br><br>Defendants. | Case No. 18-cv-00272-JCS<br><br>**COURT'S PROPOSED VERDICT FORM** |

The Court's proposed verdict form is attached to this order. Any objections to this proposed verdict form must be raised at the hearing set for 3:00 PM on December 6, 2019.

**IT IS SO ORDERED.**

Dated: December 6, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

**COURT'S PROPOSED VERDICT FORM**

We, the jury, unanimously find as follows:

**PART A: BREACH OF CONTRACT—MR. LUPO'S CLAIM AGAINST MR. CARDINAL**

    **1.** **John Lupo, Christopher Cardinal, and Kitchen Experts of California, Inc. entered a contract called the Stock Purchase Agreement. Did John Lupo do all, or substantially all, of the significant things that the contract required him to do?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 1 is "Yes," <u>do not answer Question 2</u>, and instead continue to Question 3. If your answer to Question 1 is "No," continue to Question 2.*

    **2.** **Was John Lupo excused from having to do all, or substantially all, of the significant things that the contract required him to do?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 2 is "Yes," continue to Question 3. If your answer to Question 2 is "No," <u>do not answer any further questions in Part A</u>, and instead continue to Part B.*

    **3.** **Did Christopher Cardinal fail to do something that the contract required him to do?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 3 is "Yes," continue to Question 4. If your answer to Question 3 is "No," <u>do not answer any further questions in Part A</u>, and instead continue to Part B.*

    **4.** **Was John Lupo harmed by Christopher Cardinal's breach of contract?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 4 is "Yes," continue to Question 5. If your answer to Question 4 is "No," <u>do not answer any further questions in Part A</u>, and instead continue to Part B.*

    **5.** **What are John Lupo's damages for Christopher Cardinal's breach of contract?**

        $_____

*Continue to Part B.*

## PART B: BREACH OF CONTRACT—KITCHEN EXPERTS' CLAIM

*Begin Part B regardless of how you answered the earlier questions.*

**6. John Lupo, Christopher Cardinal, and Kitchen Experts of California, Inc. entered a contract called the Stock Purchase Agreement. Did Kitchen Experts of California, Inc. do all, or substantially all, of the significant things that the contract required it to do?**

_____ Yes          _____ No

*If your answer to Question 6 is "Yes," <u>do not answer Question 7</u>, and instead continue to Question 8. If your answer to Question 6 is "No," continue to Question 7.*

**7. Was Kitchen Experts of California, Inc. excused from having to do all, or substantially all, of the significant things that the contract required him to do?**

_____ Yes          _____ No

*If your answer to Question 7 is "Yes," continue to Question 8. If your answer to Question 7 is "No," <u>do not answer any further questions in Part B</u>, and instead continue to Part C.*

**8. Did John Lupo fail to do something that Section 4.7 (Non-Solicitation Covenant) of the contract required him to do?**

_____ Yes          _____ No

*If your answer to Question 8 is "Yes," continue to Question 9. If your answer to Question 8 is "No," <u>do not answer any further questions in Part B</u>, and instead continue to Part C.*

**9. Was Kitchen Experts of California, Inc. harmed by John Lupo's breach of contract?**

_____ Yes          _____ No

*If your answer to Question 9 is "Yes," continue to Question 10. If your answer to Question 9 is "No," <u>do not answer any further questions in Part B</u>, and instead continue to Part C.*

**10. What are Kitchen Experts of California, Inc.'s damages for John Lupo's breach of contract?**

$_____

*Continue to Part C.*

## PART C: INTENTIONAL OR NEGLIGENT MISREPRESENTATION

*Begin Part C regardless of how you answered the earlier questions.*

**11. Did John Lupo make a false representation to Christopher Cardinal?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 11 is "Yes," continue to Question 12.  If your answer to Question 11 is "No," <u>do not answer any further questions in Part C</u>, and instead continue to Part D.*

**12. Did John Lupo know that the representation was false, or did he make the representation recklessly and without regard for its truth?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 12 is "Yes," <u>do not answer Question 13</u>, and instead continue to Question 14.  If your answer to Question 12 is "No," continue to Question 13.*

**13. Did John Lupo have reasonable grounds for believing the representation was true when he made it?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 13 is "Yes," <u>do not answer any further questions in Part C</u>, and instead continue to Part D.  If your answer to Question 13 is "No," continue to Question 14.*

**14. Did John Lupo intend that Christopher Cardinal rely on the representation?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 14 is "Yes," continue to Question 15.  If your answer to Question 14 is "No," <u>do not answer any further questions in Part C</u>, and instead continue to Part D.*

**15. Did Christopher Cardinal reasonably rely on the representation?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 15 is "Yes," continue to Question 16.  If your answer to Question 15 is "No," <u>do not answer any further questions in Part C</u>, and instead continue to Part D.*

**16. Was Christopher Cardinal's reliance on John Lupo's representation a substantial factor in causing harm to Christopher Cardinal??**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 16 is "Yes," continue to Question 17.  (Note that if your answer to Question 16 is "Yes," you will not answer any questions in Part D.)  If your answer to Question*

16 is "No," *do not answer any further questions in Part C*, and instead continue to Part D.

  **17.** **What are Christopher Cardinal's damages as a result of John Lupo's false representation?**

   $_____

*Look back at your answer to Question 12. If your answer to Question 12 is "Yes," continue to Question 18. If your answer to Question 12 is "No," do not answer any further question in Part C, and instead continue to Part E.*

  **18.** **Did John Lupo make a false representation to Christopher Cardinal with malice, oppression, or fraud?**

   _____ Yes     _____ No

*If your answer to Question 18 is "Yes," continue to Question 19. If your answer to Question 18 is "No," do not answer any further questions in Part C, and instead continue to Part E.*

  **19.** **What amount of punitive damages, if any, do you award Christopher Cardinal?**

   $_____

*Continue to Part E.*

## PART D: BREACH OF CONTRACT—CHRISTOPHER CARDINAL'S CLAIM

*Look back at Question 16 in Part C. If you answered "Yes" to Question 16, do not answer any questions in Part D, and instead continue to Part E. If you answered "No" to Question 16, or if you did not reach that question, begin Part D.*

  **20.** **John Lupo, Christopher Cardinal, and Kitchen Experts of California, Inc. entered into a contract called the Stock Purchase Agreement. Did Christopher Cardinal do all, or substantially all, of the significant things that the contract required him to do?**

   _____ Yes     _____ No

*If your answer to Question 20 is "Yes," do not answer Question 21, and instead continue to Question 22. If your answer to Question 20 is "No," continue to Question 21.*

  **21.** **Was Christopher Cardinal excused from having to do all, or substantially all, of the significant things that the contract required him to do?**

   _____ Yes     _____ No

*If your answer to Question 21 is "Yes," continue to Question 22. If your answer to Question 21 is*

*"No," do not answer any further questions in Part D, and instead continue to Part E.*

**22. Did John Lupo fail to do something that Section 3.6 (Books of the Corporation), Section 3.11 (No Violation of Statute or Breach of Contract), Section 3.13 (Financial Information; Due Diligence Materials), Section 3.15 (Employee Classification), or Section 4.4 (Corporate Assets) of the contract required him to do?**

_____ Yes          _____ No

*If your answer to Question 22 is "Yes," continue to Question 23. If your answer to Question 22 is "No," do not answer any further questions in Part D, and instead continue to Part E.*

**23. Was Christopher Cardinal harmed by John Lupo's breach of contract?**

_____ Yes          _____ No

*If your answer to Question 23 is "Yes," continue to Question 24. If your answer to Question 23 is "No," do not answer any further questions in Part D, and instead continue to Part E*

**24. What are Christopher Cardinal's damages for John Lupo's breach of contract?**

$_____

*Continue to Part E.*

### PART E: COMPUTER FRAUD AND ABUSE ACT

### Part E-1: Section 1030(a)(2)(C)

*Begin Part E-1 regardless of how you answered the earlier questions.*

**25. Did John Lupo intentionally access a computer without authorization or exceed authorized access?**

_____ Yes          _____ No

*If your answer to Question 25 is "Yes," continue to Question 26. If your answer to Question 25 is "No," do not answer any further questions in Part E, and instead continue to Part F.*

**26. As a result of such access, did John Lupo obtain information from a "protected computer"?**

_____ Yes          _____ No

*If your answer to Question 26 is "Yes," continue to Question 27. If your answer to Question 26 is "No," do not answer any further questions in Part E-1, and instead continue to Part E-2.*

**27. Did such conduct result in a "loss" to Kitchen Experts of California, Inc. totaling at least $5,000 in value during a one-year period?**

_____ Yes          _____ No

*Continue to Part E-2.*

### Part E-2: Section 1030(a)(4)

*Begin Part E-2 only if your answer to Question 25 in Part E-1 is "Yes." If your answer to Question 25 is "No," do not answer any further questions in Part E, and instead continue to Part F.*

**28. Did John Lupo intentionally access a "protected computer" without authorization or exceed authorized access to a "protected computer"?**

_____ Yes          _____ No

*If your answer to Question 28 is "Yes," continue to Question 29. If your answer to Question 28 is "No," do not answer any further questions in Part E-2 or Part E-3, and instead continue to Part E-4.*

**29. Did John Lupo do so knowingly and with the intent to defraud?**

_____ Yes          _____ No

*If your answer to Question 29 is "Yes," continue to Question 30. If your answer to Question 29 is "No," do not answer any further questions in Part E-2, and instead continue to Part E-3.*

**30. By accessing the "protected computer" or exceeding authorized access, did John Lupo further the intended fraud?**

_____ Yes          _____ No

*If your answer to Question 30 is "Yes," continue to Question 31. If your answer to Question 30 is "No," do not answer any further questions in Part E-2, and instead continue to Part E-3.*

**31. Did John Lupo thereby obtain either (1) anything of value other than the use of the computer; or (2) use of the computer, if such use was valued at more than $5,000 in any one-year period?**

_____ Yes          _____ No

*Continue to Part E-3.*

### Part E-3: Section 1030(a)(5)(C)

*Begin Part E-3 only if your answer to Question 28 in Part E-2 is "Yes." If your answer to Question 28 is "No," or if you did not reach Question 28, do not answer any questions in Part*

*E-3, and instead continue to Part E-4.*

**32. Did John Lupo intentionally access a "protected computer" without authorization?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 32 is "Yes," continue to Question 33. If your answer to Question 32 is "No," <u>do not answer any further questions in Part E-3</u>, and instead continue to Part E-4.*

**33. As a result of such access, did John Lupo cause "damage," as that term is defined for the purpose of the Computer Fraud and Abuse Act?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*If your answer to Question 33 is "Yes," continue to Question 33. If your answer to Question 33 is "No," <u>do not answer any further questions in Part E-3</u>, and instead continue to Part E-4.*

**34. Did such damage result in a "loss" to Kitchen Experts of California, Inc. totaling at least $5,000 in value during a one-year period?**

\_\_\_\_\_ Yes            \_\_\_\_\_ No

*Continue to Part E-4.*

### Part E-4: Computer Fraud and Abuse Act Damages

*Look back at your answers to Question 27, Question 30, Question 33. If you answered "Yes" to at least one of those questions, proceed to answer Question 35. If you did <u>not</u> answer "Yes" to any of those questions, <u>do not answer Question 35</u>, and instead continue to Part F.*

**35. What are Kitchen Experts of California, Inc.'s damages for John Lupo's violation of the Computer Fraud and Abuse Act?**

$_____

*Continue to Part F.*

### PART F: SIGNATURE

*Have the presiding juror sign and date this verdict form. After the presiding juror has signed and dated the verdict form, notify the courtroom deputy that you have reached a verdict.*

Signed: _____
          Presiding Juror

Dated: _____