UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARDINAL, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>JOHN LUPO, et al.,<br><br>   Defendants. | Case No. 18-cv-00272-JCS<br><br>**COURT'S FINAL VERDICT FORM** |

  The Court intends to use the attached verdict form.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# VERDICT FORM

We, the jury, unanimously find as follows:

## PART A: INTENTIONAL MISREPRESENTATION

**1. Is John Lupo liable to Christopher Cardinal for intentional misrepresentation?**

_____ Yes          _____ No

*If your answer to Question 1 is "Yes," continue to Question 2. If your answer to Question 1 is "No," <u>do not answer any further questions in Part A</u>, and instead continue to Part B.*

**2. What are Christopher Cardinal's damages for John Lupo's intentional misrepresentation? Do not include any damages here for solicitation of employees. Do not include any punitive damages.**

$_____

*Continue to Question 3.*

**3. Did John Lupo make a false representation to Christopher Cardinal with malice, oppression, or fraud?**

_____ Yes          _____ No

*If your answer to Question 3 is "Yes," continue to Question 4. If your answer to Question 3 is "No," <u>do not answer any further questions in Part A</u>, and instead continue to Part C.*

**4. What amount of punitive damages, if any, do you award Christopher Cardinal against John Lupo?**

$_____

*Continue to Part C.*

## PART B: NEGLIGENT MISREPRESENTATION

*Begin Part B <u>only</u> if you answered "No" to Question 1 in Part A. If you answered "Yes" to Question 1, <u>do not answer any questions in Part B</u>, and instead continue to Part C.*

**5. Is John Lupo liable to Christopher Cardinal for negligent misrepresentation?**

_____ Yes          _____ No

*If your answer to Question 5 is "Yes," continue to Question 6. If your answer to Question 5 is "No," <u>do not answer Question 6</u>, and instead continue to Part C.*

**6. What are Christopher Cardinal's damages for John Lupo's negligent misrepresentation? Do not include any damages here for solicitation of employees. Do not include any punitive damages.**

$_____

*Continue to Part C.*

## PART C: BREACH OF CONTRACT—CHRISTOPHER CARDINAL'S CLAIM

*Begin Part C regardless of how you answered the earlier questions.*

**7. Is John Lupo liable to Christopher Cardinal for breach of Section 4.7 (Non-Solicitation Covenant) of the contract?**

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*If your answer to Question 7 is "Yes," continue to Question 8. If your answer to Question 7 is "No," <u>do not answer any further questions in Part C</u>, and instead continue to Part D.*

**8. What are Christopher Cardinal's damages for John Lupo's breach of Section 4.7 of the contract?**

$_____

*Continue to Part D.*

## PART D: BREACH OF CONTRACT—JOHN LUPO'S CLAIM

*Begin Part D regardless of how you answered the earlier questions.*

**9. Is Christopher Cardinal liable to John Lupo for breach of the contract?**

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*If your answer to Question 9 is "Yes," continue to Question 10. If your answer to Question 9 is "No," <u>do not answer Question 10</u>, and instead continue to Part E.*

**10. What are John Lupo's damages for Christopher Cardinal's breach of the contract?**

$_____

*Continue to Part E.*

/ / /

/ / /

/ / /

/ / /

/ / /

**PART E: SIGNATURE**

*Have the presiding juror sign and date this verdict form. After the presiding juror has signed and dated the verdict form, notify the courtroom deputy that you have reached a verdict.*

Signed: _____
           Presiding Juror

Dated: _____