UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARDINAL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN LUPO, et al.,<br><br>  Defendants. | Case No. 18-cv-00272-JCS<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 214 |

Plaintiffs moved to file under seal a tax return of Defendant Kitchen Fantastic solely on the basis that it was produced and designated as confidential by Defendants pursuant to the protective order in this case. *See* dkt. 214. Defendants did not file a responsive declaration establishing reasons for sealing as required by Civil Local Rule 79-5(e)(1). Plaintiffs are therefore ORDERED to file the document at issue in the public record no earlier than April 20, 2020 and no later than April 27, 2020. *See* Civ. L.R. 79-5(e)(2). The document filed in the public record must be identical to the version provisionally filed under seal, which redacts Kitchen Fantastic's employer identification number.

**IT IS SO ORDERED.**

Dated: April 16, 2020

JOSEPH C. SPERO
Chief Magistrate Judge